[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-12944

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

SHERMAN LEVON SCOTT,

Defendant-Appellant.

————————————

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 4:22-cr-00114-RSB-CLR-2

————————————

2                         Opinion of the Court                    23-12944

Before WILSON, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Katie Brewington, appointed counsel for Sherman Scott in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Scott's conviction and sentence are **AFFIRMED**.